UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATRICK L. ESLICK,<br><br>        Plaintiff,<br><br>  v.<br><br>CITY OF MOSES LAKE and RICHARD FRANCIS,<br><br>        Defendants. | NO. 2:17-cv-00167-SAB<br><br>**ORDER ENTERING STIPULATION AND DISMISSING CASE WITH PREJUDICE** |

     Before the Court is the parties' Stipulation for Order of Dismissal with Prejudice and Without Costs or Attorney's Fees, ECF No. 9. The parties represent that this matter has been fully settled and that this case should be dismissed with prejudice and without attorneys' fees to any party.

//

//

//

//

//

//

//

**ORDER ENTERING STIPULATION AND DISMISSING CASE WITH PREJUDICE** ~ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Order of Dismissal with Prejudice and Without Costs or Attorney's Fees, ECF No. 9, is accepted and **entered** into the record.

2. The above-captioned case is **dismissed with prejudice** and without costs or attorneys' fees to any party.

3. Any pending motions are **dismissed as moot**.

4. All trial dates and deadlines are **stricken**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

Dated this 13th day of July, 2017.



Stanley A. Bastian
United States District Judge

**ORDER ENTERING STIPULATION AND DISMISSING CASE WITH PREJUDICE** + 2